1458

# CASE ANNOUNCEMENTS

*December 15, 2010*

[Cite as *12/15/2010 Case Announcements*, 2010-Ohio-6008.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–1534. State ex rel. DeGroot v. Bohannon.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Motion for leave to file supplemental complaint denied as moot. Cause dismissed.

BROWN, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur. PFEIFER, J., dissents and would grant an alternative writ.

**2010–1714. [State ex rel.] Gordon v. Weaver.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1716. State ex rel. Whatley v. Franklin Cty. Clerk of Courts.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1733. [State ex rel.] Hawk v. Goldsberry.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1745. State ex rel. Striker v. Cline.**

Richland App. No. 09CA107, 2010-Ohio-3592. On motion to dismiss. Motion to dismiss granted. Motion to strike motion to dismiss denied as moot. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1764. [State ex rel.] Current v. State.**

In Prohibition. On motions to dismiss. Motions to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1771. State ex rel. Macfarlane v. Basinski.**

In Procedendo and Prohibition. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., and O'DONNELL, J., dissent and would grant an alternative writ.

**2010–1807. [State ex rel.] Nash v. McDonnell.**

In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.